JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 482 -- IN RE AIR CRASH AT KIMPO INTERNATIONAL AIRPORT, KOREA ON NOVEMBER 18, 1980

| Date | No. | Pleading Description |
|---|---|---|
| 81/08/26 | 1 | MOTION, BRIEF, SCHEDULE, CERT. OF SERVICE -- Korean Air Lines<br>SUGGESTED TRANSFEREE DISTRICT: C.D. California<br>SUGGESTED TRANSFEREE JUDGE: (cds) |
| 81/09/03 | 2 | RESPONSE -- plaintiff OK Sun Paek w/cert. of svc. (ds) |
| 81/09/04 | | AMENDMENT TO HEARING ORDER AND ATTACHED SCHEDULE FILED ON AUGUST 26, 1981 -- Setting Motion of Korean Air Lines for transfer of actions to C.D. California for Panel Hearing in Concord, New Hampshire on September 24, 1981 -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL (cds) |
| 81/09/04 | 3 | RESPONSE -- plaintiffs Kuen U. Kim, et al. w/cert. of svc. (ds) |
| 81/09/08 | | APPEARANCES -- Kreindler & Kreindler for Mark Hammerschlag, etc. and Ellen Van Fleet, Etc.; Morgan, Wenzel & McNichols for Continental Ins. Co. of N.Y.; Robert B. Ingram, Esq. for Kuen U. Kim, et al.; Christian R. Van Deusen, Esq. for Herbert R. Hayden and Angelee Sailer; Hubert L. Stone, Jr., Esq. for OK Sun Paek; George N. Tompkins, Jr., Esq. for Korean Air Lines; Keith Gerrard, Esq. for The Boeing Co.; Seoul's Kimpo Int'l Airport; and Gov't of the Republic of Korea. (eaf) |
| 81/09/10 | 4 | RESPONSE -- Defendant The Boeing Co. w/cert. of svc. (ds) |
| 81/09/14 | 5 | RESPONSE -- Plaintiffs Mark Hammerschlag and Ellen Van Fleet w/cert. of svc. (ds) |
| 81/09/18 | | WAIVER OF ORAL ARGUMENT -- All parties waived (cds) |
| 81/10/23 | | CONSENT OF TRANSFEREE COURT for assignment of litigation to the Honorable Terry J. Hatter, Jr., C.D. California. (ds) |
| 81/10/23 | | TRANSFER ORDER -- transferring litigation ((A-7) to the Central District of California pursuant to 28 U.S.C. §1407. (ds) |
| 81/11/02 | | CORRECTION ORDER -- correcting the heading of the transfer order filed October 23, 1981. Notified involved judges, cousel and clerks. (ds) |
| 81/11/04 | | CONDITIONAL TRANSFER ORDERS FILED TODAY IN 2 CASES LISTED BELOW. Notified involved counsel and judges. (eaf)<br>B-9 Hachtman, etal. v. Korean Air Lines, W.Tex., SA81-CA462<br>B-9 Sailer, etc. v. Korean Air Lines, W.Wash., C81-566T |
| 81/11/23 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY --<br>B-8 Hachtman, etal. v. Korean Air Lines, W.Tex., SA-81-CA462 and B-9 Sailer v. Korean Air Lines, Co., Ltd. W.Wash., C81-566T. Notified involved clerks & judges.(eaf |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 82/03/12 | | ORDER TO SHOW CAUSE -- (B-15) Robert E. Taylor v. Korean Air Lines, W.D. Texas, C.A. No. 82-54 -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 82/04/26 | 6 | RESPONSE TO SCO (re: B-15) -- filed by pltfs. Sailer and Hayden w/cert. of svc. (ds) |
| 82/11/29 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-19 Krause v. Korean Airlines Co., W.D. Wash., C82-1307 NOTIFIED INVOLVED COUNSEL AND JUDGES. (emh) |
| 82/12/03 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (B-20) Krause v. Korean Airlines Co., Ltd., D.Alaska, A82-482-Civ -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 82/12/15 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-19 Krause v. Korean Airlines Co., Ltd., W.D. Wash., C.A. No. C82-1307 NOTIFIED INVOLVED CLERKS AND JUDGES. (emh) |
| 82/12/21 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-20 Krause v. Korean Airlines Co., Ltd., D. Alaska, C.A. No. A82-482-Civ NOTIFIED CLERKS AND JUDGES. (emh) |
| 83/01/07 | | APPEARANCE: Karl Seuthe for June A. Krause (emh) |
| 82/01/21 | | ORDER VACATING ORDER TO SHOW CAUSE -- (B-15) Robert E. Taylor v. Korean Air Lines, W.D.Tex., C.A. No. 82-54 -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 482 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE AIR CRASH AT KIMPO INTERNATIONAL AIRPORT, KOREA ON NOVEMBER 18, 1980

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 9/24/81 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 10/23/81 | TO | unpublished | C.D. California | Terry J. Hatter, Jr. | |

### Special Transferee Information

DATE CLOSED: 6/13/86

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 482 -- IN RE AIR CRASH AT KIMPO INTERNATIONAL AIRPORT, KOREA ON NOV. 18, 1980

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Mark Hammerschlag, etc. v. Korean Air Lines | C.D.Cal Hatter | CV81-158-TJH | | | 3/20/86 D | |
| A-2 | Ellen Van Fleet, etc. v. Korean Air Lines | C.D.Cal Hatter | CV81-159-TJH | | | 3/20/86 D | |
| A-3 | Continental Insurance Co. of New York (Daewoo Industrial Co. Ltd.) v. Korean Air Lines | C.D.Cal Hatter | CV81-3178-TJH | | | 6/13/86 D | |
| A-4 | Kuen U. Kim, et al. v. Korean Air Lines | C.D.Cal. Hatter | CV81-2317-TJH | | | 11/8/85 D | |
| A-5 | Herbert R. Hayden v. Korean Air Lines Co., Ltd., et al. | C.D.Cal. Hatter | CV81-3785-TJH | | | 5/11/83 | |
| A-6 | Angelee Sailer v. Korean Air Lines Co., Ltd., et al. | C.D.Cal. HATTER | CV81-3786-TJH | | | 5/9/83 D | |
| A-7 | OK Sun Paek v. Korean Air Lines | S.D.Tex De Anda | B-81-117 | 10/23/81 | 81-5541-TJH | 4/30/84 D | x |
| B-8 | Sue Hachtman, et al. v. Korean Air Lines  NOV 5 1981 | W.D.Tex. Shannon | SA-81-CA462 | 11/23/81 | 81-6019-TJH | 3/25/85 D | |
| B-9 | Eugene Sailer v. Korean Air Lines, Co. Ltd.  NOV 5 1981 | W.D.Wash. Tanner | C81-566T | 11/23/81 | 81-6080-TJH | | |
| XYZ-10 | Yong S. Kim v. Korean Airlines | C.D.Cal Hatter | CV81-5476-TJH | | | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-11 | Frank Reinelt Jr. v. Korean Airlines | C.D.Cal. | CV81-5879 | | | 7/21/82 D | |
| XYZ-12 | Thomas J. Maguire v. Korean Airlines | C.D. Cal | CV81-5878 | | | 4/2/82 D | |
| XYZ-13 | Harriet Teague, et al. v. Korean Air Lines Co. Ltd. | C.D. Cal | CV81-5849 | | | 6/5/82 D | |
| XYZ-14 | Won K. Chang v. Korean Airlines, et al. | C.D.Cal | CV81-6246 | | | [illegible] D | |
| B-15 | Robert E. Taylor v. Korean Air Lines | W.D. Tex. Garcia | 82-54 | | | | Dism. in W.Tex 12/16/82 |
| XYZ-16 | Chong Kyun Yun v. Korean Air Lines, | C.D.Cal | CV82-3538-TJH | | | 5/3/[?] D | |
| XYZ-17 | Clyde Ramdwar v. Korean Air Lines | C.D.Cal | CV82-2358-TJH | | | 4/30/84 D | |
| XYZ-18 | Lee H. Chang v. Korean Air Lines | C.D.Cal | CV82-4603-TJH | | | 12/13/82 D | |
| B-19 | June A. Krause v. Korean Airlines Co., Ltd. 11/29/82 | W.D.Wash. Coughenour | C82-1307 | DEC 15 1982 | 83-189 | 3/25/85 D | |
| B-20 | June A. Krause v. Korean Airlines Co., Ltd. 12/2/82 | D.Alas. Fitzgerald | A82-482-Civ | 12/21/82 | 82-6644 | 3/25/85 | |

July 1983 — 5 YR / 14 XYZ / 8 Dis / 11 Pdg
July 1984 — 3 Dis / 2 ~~Pdg~~ 3 ~~Dis~~ / 8 Pdg
July 1985 — 3 Dis / 5 Pending
July 1986 — 3 Dis / 2 Pending
July 1987 — 2 Dis / 0 Pending

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 482 -- In re Air Crash at Kimpo International Airport

---

MARK HAMMERSCHLAG, ETC. (A-1)
ELLEN VAN FLEET, ETC. (A-2)
Kreindler & Kreindler
99 Park Avenue
New York, NY 10016

CONTINENTAL INSURANCE CO. OF NEW YORK
(DAEWOO INDUSTRIAL CO. LTD) (A-3)
Morgan, Wenzel & McNichols
1545 Wilshire Blvd., Suite 800
Los Angeles, CAL 90017

KUEN U. KIM, ET AL. (A-4)
Robert B. Ingram, Esq.
4340 Redwood Highway, Suite 133
San Rafael, CAL 94903-2173

HERBERT R. HAYDEN (A-5)
ANGELEE SAILER (A-6)
Christian R. Van Deusen, Esq.
Christian R. Van Deusen, Inc.
615 Civic Center Drive West, Suite 300
Santa Ana, CAL 92701

OK SUN PAEK (A-7)
Hubert L. Stone, Jr., Esq.
Post Office Box 2230
Corpus Christi, TX 78403-2230

KOREAN AIR LINES
George N. Tompkins, Jr., Esq
Condon & Forsyth
1251 Avenue of the Americas
New York, NY 10020

THE BOEING COMPANY
Keith Gerrard, Esq.
Perkins, Coie, Stone, Olsen & Williams
1900 Washington Building
Seattle, Washington 98101

SEOUL'S KIMPO INTER'L AIRPORT
Seoul, Korea

GOVERNMENT OF THE REPUBLIC OF KOREA
Seoul, Korea  *[handwritten: court rej.]*

ROBERT E. TAYLOR (B-15)
Bob Roberts, Esq.
Roberts & Weldon
1006 MoPac Circle
Suite 101
Austin, Texas 78746

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 482 --

SUE HACHTMAN, ET AL. (B-8)
Pat Maloney, Jr., Esq.
239 East Commerce Street
San Antonio, Texas   78205

EUGENE SAILER (B-9)
H. Edward Haarmann, Esq.
Haarmann & Christianson
621 American Federal Bldg.
950 Pacific Avenue
Tacoma, Washington   98402


JUNE A. KRAUSE (B-19)
JUNE A. KRAUSE (B-20)
Karl Seuthe, Esquire
3912 Oakwood Avenue
Los Angeles, California   90004

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 482 -- In re Air Crash at Kimpo Intl. Airport, Korea on Nov. 18, 1980

| Name of Party | Named as Party in Following Actions |
|---|---|
| Korean Air Lines Co., Ltd. | B-19, B-20 ... D-5, D-7, XYZ-10, B-15 |
| Boeing Co. | |
| Seoul's Kimpo Intl. Airport | |
| Government of the Republic of Korea | |
| | |
| | |
| | |
| | |
| | |
| | |