DOCKET NO. 482

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR CRASH AT KIMPO INTERNATIONAL AIRPORT, KOREA, ON NOVEMBER 15, 1980

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
FILED
OCT 23 1981
10/23/81
PATRICIA D. HOWARD
CLERK OF THE PANEL

TRANSFER ORDER

This litigation consists of the seven actions listed on the attached Schedule A and pending in two federal districts as follows: six in the Central District of California and one in the Southern District of Texas. Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by Korean Air Lines, a defendant in all actions, to centralize all actions in the Central District of California. All parties to the actions listed on Schedule A favor or do not oppose transfer of the Texas action to the Central District of California for coordinated or consolidated pretrial proceedings with the actions pending there. The Panel has found, upon consideration of the papers submitted,[1] that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the Southern District of Texas be, and the same hereby is, transferred to the Central District of California and, with the consent of that court, assigned to the Honorable Terry J. Hatter, Jr. for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

[1] All parties waived oral argument and therefore this matter was submitted for decision on the basis of the papers filed. See Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

DOCKET NO. 482

SCHEDULE A

### Southern District of Texas
OK Sun Paek v. Korean Air Lines, C.A. No. B-81-117

### Central District of California
Mark Hammerschlag, etc. v. Korean Air Lines, C.A. No. CV81-158-TJH

Ellen Van Fleet, etc. v. Korean Air Lines, C.A. No. CV81-159-TJH

Continental Insurance Co. of New York (Daewoo Industrial Co. Ltd.) v. Korean Air Lines, C.A. No. CV81-3178-TJH

Kuen U. Kim, et al. v. Korean Air Lines, C.A. No. CV81-2317-TJH

Herbert R. Hayden v. Korean Air Lines Co., Ltd., et al., C.A. No. CV81-3785-TJH

Angelee Sailer v. Korean Air Lines Co., Ltd., et al., C.A. No. CV81-3784-TJH